the motion court did not clearly err. Rule 29.15(k). An extended opinion would have no precedential value. We have, however, provided the parties a memorandum opinion setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).

We have reviewed the briefs of the parties, the legal file, and record on appeal, and find the claim of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law would have no jurisprudential purpose. Judgment affirmed pursuant to Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Rachel Raquel REED, Defendant.**

**No. ED 79498.**

Missouri Court of Appeals,
Eastern District,
Division Two.

March 12, 2002.

James F. Crews, Tipton, MO, for appellant.

Randall M. England, Pros. Atty., Audroin County, Mexico, MO, for respondent.

Before GEORGE W. DRAPER III, P.J. and MARY R. RUSSELL, J. and MARY K. HOFF, J.

### ORDER

PER CURIAM.

Rachel Raquel Reed (Defendant) appeals the judgment and sentence entered after a trial court found her guilty of driving while revoked, in violation of Section 302.321 RSMo 2000. The trial court sentenced Defendant to fifteen days in the Audrain County jail.

**Patricia LEACH, Appellant,**

v.

**David HOVEN, et al., Respondent.**

**No. ED 79372.**

Missouri Court of Appeals,
Eastern District,
Division Two.

March 12, 2002.

John J. Allan, Clayton, MO, for appellant.

Daniel G. Tobben, St. Louis, MO, for respondent.

Before GEORGE W. DRAPER III, P.J., MARY R. RUSSELL, J., and MARY K. HOFF, J.

### ORDER

PER CURIAM.

Patricia Leach ("Client") appeals from a judgment of the Franklin County Circuit Court dismissing her legal malpractice petition against David Hoven ("Attorney") and his law firm for failure to state a claim upon which relief could be granted. Client